## George GUERIN v. STATE.
### No. 16415.

Court of Criminal Appeals of Texas.
Feb. 21, 1934.

Ruben Loftin, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for one year.

The indictment appears regular and regularly presented. The record is before us without statement of facts or bills of exception.

No error has been perceived or pointed out which would justify a reversal of the judgment. An affirmance is therefore ordered.

## L. C. HEARD v. STATE.
### No. 16678.

Court of Criminal Appeals of Texas.
Feb. 28, 1934.

See, also, 67 S.W.(2d) 312.

A. U. Puckett, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale; the punishment being two years in the penitentiary.

Appellant has filed his affidavit with this court advising that he does not desire to further prosecute his appeal, and at his request the same is ordered dismissed.

## Earl JARRARD v. STATE.
### No. 16697.

Court of Criminal Appeals of Texas.
Feb. 14, 1934.

Marshall & Perkins, of Quanah, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for selling intoxicating liquor; punishment being one year in the penitentiary.

Appellant has filed in this court his affidavit advising that he does not further desire to prosecute his appeal, and upon his request the appeal is ordered dismissed.